UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 08230
    IGORIS GEGUZINSKAS
    ERIKA GEGUZINSKAS                       CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-1354    SSN XXX-XX-3027
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/04/07.

2. The case was dismissed without confirmation, 08/17/2007.

3. The Debtor paid a total of $ 870.00.

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ANTHONY STELMOKAS | SECURED | .00 | .00 | 73.79 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | 772.68 |
| HARLEM FURNITURE/HRS | SECURED | .00 | .00 | .54 |
| ROGERS & HOLLAND | SECURED | .00 | .00 | .32 |
| VILLAGE OF BARTLETT | SECURED | .00 | .00 | .05 |
| ADVANCED FAMILY CARE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED WASTE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK IN JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLE RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| STEINBERG FAMILY | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |

```
TOYOTA MOTOR CREDIT         UNSECURED      NOT FILED                .00            .00
      Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00         .00          .00           .00
PRINCIPAL PAID       847.38          .00         .00          .00        847.38
INTEREST PAID           .00          .00         .00          .00           .00
TOTAL PAID           847.38          .00         .00          .00        847.38
The Debtor's attorney, LEEDERS & ASSOC LTD        , was allowed $        .00
and was paid $       .00 .

The Trustee received $     22.62 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/16/07                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```